**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SILVERLAKE HOLDINGS, INC., on behalf of itself and all others similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>ANDREW BROWN, RON MUNKITTRICK, DARRYL R. COHEN, MITCHELL COHEN and BDO SEIDMAN LLP,<br><br>                          Defendants. | Civil Action No. 1:05-CV-6521-DLC |
| ALFERD H. CAILTEAUX, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>ANDREW BROWN, RON MUNKITTRICK, DARRYL R. COHEN, MITCHELL COHEN and BDO SEIDMAN LLP,<br><br>                          Defendants. | Civil Action No. 1:05-CV-6880-DLC |

[captions continue on following page]

**NOTICE OF MOTION OF THE RAMP INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

|  |  |
|---|---|
| SOUTH FERRY, L.P. II, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:05-CV-8050-UA ) ) |
| ANDREW BROWN, RON MUNKITTRICK, DARRYL R. COHEN, MITCHELL COHEN, ARTHUR GOLDBERG and BDO SEIDMAN LLP, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF MOTION OF THE RAMP INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and time as may be designated by the Court, Plaintiffs Mark Lorenzo, Vincent Coluccio, Brian Steele and Eric Banks (collectively the "Ramp Investor Group") in the above-captioned action shall appear before the Honorable Denise L. Cote, U.S.D.J. at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, and upon the accompanying memorandum of law, and upon all other papers and prior proceedings had herein, move for an Order:

(A) Consolidating the above-captioned related actions pursuant to Fed. R. Civ. P. 42(a);

(B) Appointing the Ramp Investor Group as Lead Plaintiff for the Class; and

(C) Approving Murray, Frank & Sailer LLP and Abraham Fruchter & Twersky LLP as co-Lead Counsel for the Class pursuant to 15 U.S.C. § 78u-4(a).

Dated: September 19, 2005                       Respectfully submitted,

**MURRAY, FRANK & SAILER LLP**

By: s/ Eric J. Belfi
Eric J. Belfi (EB8895)
Christopher S. Hinton (CH0759)
Bradley P. Dyer (BD9620)
275 Madison Avenue, 8th Floor
New York, NY 10016
Telephone:  (212) 682-1818
Facsimile:   (212) 682-1892

**ABRAHAM FRUCHTER & TWERSKY LLP**
Jeffrey S. Abraham (JA2945)
Lawrence D. Levit (LL9507)
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655

**Proposed co-Lead Counsel**

**LAW OFFICES OF BRUCE G. MURPHY**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: (561) 231-4202

**Additional Counsel for Plaintiffs**